# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| In re: | Williams Jr, Eric A | § | Case No. 08 B 05850 |
|---|---|---|---|
|  | Williams, Sharlonda M | § |  |
|  | Debtors | § |  |
|  |  | § |  |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/12/2008.

2) The plan was confirmed on 05/19/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/22/2010.

5) The case was dismissed on 05/10/2010.

6) Number of months from filing or conversion to last payment: 27.

7) Number of months case was pending: 29.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $45,500.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $12,768.66 |
| Less amount refunded to debtor | $0 |
| **NET RECEIPTS:** | **$12,768.66** |

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,593.59 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $830.66 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,424.25** |

Attorney fees paid and disclosed by debtor     $648.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| James M Philbrick | Administra | $500.00 | $500.00 | $500.00 | $500.00 | $0 |
| Illinois Dept Of Healthcare And Fami | Priority | $1,543.00 | $2,458.96 | $2,458.96 | $0 | $0 |
| Illinois Dept Of Public Aid | Priority | $1,334.00 | NA | NA | $0 | $0 |
| Illinois Dept of Revenue | Priority | NA | $1,564.06 | $1,564.06 | $0 | $0 |
| Internal Revenue Service | Priority | $3,571.18 | $1,455.74 | $1,455.74 | $0 | $0 |
| Cook County Assessor | Secured | $2,946.00 | NA | NA | $0 | $0 |
| GMAC Auto Financing | Secured | $14,649.05 | $14,649.05 | $14,649.05 | $5,866.08 | $0 |
| HFC | Secured | $0 | $7,318.45 | $7,318.45 | $0 | $0 |
| Saxon Mortgage Services Inc | Secured | $141,839.00 | $118,573.22 | $118,573.22 | $0 | $0 |
| Saxon Mortgage Services Inc | Secured | NA | $12,293.06 | $12,293.06 | $0 | $0 |
| Toyota Motor Credit Corporation | Secured | $9,569.12 | $9,569.12 | $9,569.12 | $3,978.33 | $0 |
| American Collections & Credit | Unsecured | $889.00 | NA | NA | $0 | $0 |
| AOL | Unsecured | $144.50 | NA | NA | $0 | $0 |
| Asset Acceptance | Unsecured | $790.15 | $831.75 | $831.75 | $0 | $0 |
| Asset Acceptance | Unsecured | NA | $115.60 | $115.60 | $0 | $0 |
| Asset Acceptance | Unsecured | $977.76 | $1,058.28 | $1,058.28 | $0 | $0 |
| Asset Acceptance | Unsecured | $115.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Associated Laboratory Physicians | Unsecured | $54.00 | NA | NA | $0 | $0 |
| Associated Laboratory Physicians | Unsecured | $159.00 | NA | NA | $0 | $0 |
| B-Real LLC | Unsecured | $681.23 | $449.73 | $449.73 | $0 | $0 |
| Bank Of Marin | Unsecured | $1,317.64 | NA | NA | $0 | $0 |
| Carson Pirie Scott & Co | Unsecured | $557.97 | NA | NA | $0 | $0 |
| CBCS | Unsecured | $411.00 | NA | NA | $0 | $0 |
| CBCS | Unsecured | $635.00 | NA | NA | $0 | $0 |
| Children's Place | Unsecured | $214.50 | NA | NA | $0 | $0 |
| Children's Place | Unsecured | $214.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $75.00 | $300.00 | $300.00 | $0 | $0 |
| Comcast | Unsecured | $382.01 | NA | NA | $0 | $0 |
| Comcast | Unsecured | $900.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $277.04 | $287.28 | $287.28 | $0 | $0 |
| Dependon Collection Service | Unsecured | $58.00 | NA | NA | $0 | $0 |
| Dependon Collection Service | Unsecured | $362.00 | NA | NA | $0 | $0 |
| Dependon Collection Service | Unsecured | $300.00 | NA | NA | $0 | $0 |
| ECast Settlement Corp | Unsecured | NA | $607.89 | $607.89 | $0 | $0 |
| ECast Settlement Corp | Unsecured | NA | $503.28 | $503.28 | $0 | $0 |
| Evergreen Emergency Service | Unsecured | $58.13 | $677.00 | $677.00 | $0 | $0 |
| GEMB | Unsecured | $425.00 | NA | NA | $0 | $0 |
| General Revenue Corp | Unsecured | $2,536.00 | NA | NA | $0 | $0 |
| Harris & Harris | Unsecured | $5,953.00 | NA | NA | $0 | $0 |
| Harvard Collection Services In | Unsecured | $675.00 | NA | NA | $0 | $0 |
| Hatipoglu Medical | Unsecured | $32.17 | NA | NA | $0 | $0 |
| Howard Sweeney | Unsecured | $120.00 | NA | NA | $0 | $0 |
| Illinois Dept of Revenue | Unsecured | $285.13 | $48.80 | $48.80 | $0 | $0 |
| Ingalls Family Care Center | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Ingalls Memorial Hospital | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Internal Revenue Service | Unsecured | NA | $2,160.11 | $2,160.11 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $981.00 | $981.64 | $981.64 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $505.00 | $505.48 | $505.48 | $0 | $0 |
| Little Company Of Mary Hospital | Unsecured | $319.82 | NA | NA | $0 | $0 |
| Medical Business Bureau Inc | Unsecured | $235.00 | NA | NA | $0 | $0 |
| Medical Business Bureau Inc | Unsecured | $259.00 | NA | NA | $0 | $0 |
| Medical Business Bureau Inc | Unsecured | $164.00 | NA | NA | $0 | $0 |
| Medical Collections | Unsecured | $73.00 | NA | NA | $0 | $0 |
| Medical Collections | Unsecured | $499.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Medical Collections | Unsecured | $31.00 | NA | NA | $0 | $0 |
| Medical Collections | Unsecured | $178.00 | NA | NA | $0 | $0 |
| Mercy Hospital | Unsecured | $1,560.00 | NA | NA | $0 | $0 |
| Mercy Hospital | Unsecured | $115.74 | NA | NA | $0 | $0 |
| Mercy Hospital | Unsecured | $451.00 | NA | NA | $0 | $0 |
| Mercy Hospital | Unsecured | $3,500.00 | NA | NA | $0 | $0 |
| Midlake Medical Corp | Unsecured | $1,311.77 | NA | NA | $0 | $0 |
| Midlake Medical Corp | Unsecured | $1,211.77 | NA | NA | $0 | $0 |
| MRSI | Unsecured | $411.00 | NA | NA | $0 | $0 |
| MRSI | Unsecured | $635.00 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $241.95 | NA | NA | $0 | $0 |
| Old Navy | Unsecured | $571.00 | NA | NA | $0 | $0 |
| Pentagroup Financial, LLC | Unsecured | $2,023.00 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $127.00 | $273.82 | $273.82 | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $928.53 | $788.63 | $788.63 | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $487.00 | $868.73 | $868.73 | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | NA | $1,186.59 | $1,186.59 | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $127.00 | $127.57 | $127.57 | $0 | $0 |
| Premier Bankcard | Unsecured | $395.00 | $562.39 | $562.39 | $0 | $0 |
| Prevention | Unsecured | $19.94 | NA | NA | $0 | $0 |
| Professional Account Management | Unsecured | $366.00 | NA | NA | $0 | $0 |
| Radiological Physician LTD | Unsecured | $18.86 | NA | NA | $0 | $0 |
| RJM Acquisitions LLC | Unsecured | $123.00 | $123.41 | $123.41 | $0 | $0 |
| Sallie Mae | Unsecured | $2,793.00 | $2,842.18 | $2,842.18 | $0 | $0 |
| Sallie Mae | Unsecured | $5,901.00 | $6,330.64 | $6,330.64 | $0 | $0 |
| Sallie Mae | Unsecured | $1,353.00 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | $24,158.00 | $24,451.46 | $24,451.46 | $0 | $0 |
| Sherman's Travel | Unsecured | $11.95 | NA | NA | $0 | $0 |
| Southwest Laboratory Physican | Unsecured | $189.10 | NA | NA | $0 | $0 |
| Spirit Of America Nat'l Ban | Unsecured | NA | $651.30 | $651.30 | $0 | $0 |
| Sprint | Unsecured | $735.00 | NA | NA | $0 | $0 |
| Sprint | Unsecured | $300.00 | NA | NA | $0 | $0 |
| T Mobile USA | Unsecured | $198.60 | $198.89 | $198.89 | $0 | $0 |
| Toyota Motor Credit Corporation | Unsecured | NA | $0 | $0 | $0 | $0 |
| TruGreen Chemlawn | Unsecured | $30.00 | NA | NA | $0 | $0 |
| Unimed | Unsecured | $259.00 | NA | NA | $0 | $0 |
| United Collection Bureau Inc | Unsecured | $25.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| University Of Chicago Medical Center | Unsecured | $465.05 | NA | NA | $0 | $0 |
| Village Of Orland Park | Unsecured | $30.00 | NA | NA | $0 | $0 |
| Womens Healthcare Associates | Unsecured | $140.00 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $130,866.28 | $0 | $0 |
| Debt Secured by Vehicle | $24,218.17 | $9,844.41 | $0 |
| All Other Secured | $7,818.45 | $500.00 | $0 |
| **TOTAL SECURED:** | $162,902.90 | $10,344.41 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $2,458.96 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $3,019.80 | $0 | $0 |
| **TOTAL PRIORITY:** | $5,478.76 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $46,932.45 | $0 | $0 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $2,424.25 | |
| Disbursements to Creditors | $10,344.41 | |
| **TOTAL DISBURSEMENTS:** | | $12,768.66 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: August 24, 2010          By: /s/ MARILYN O. MARSHALL
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.